United States District Court
Southern District of Texas

**ENTERED**

May 01, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NERY RODOLFO CARRANZA-ARANA,** | § § § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-441** |
| | § | |
| **WARDEN OF PORT ISABEL** | § | |
| **DETENTION CENTER**, in his/her | § | |
| official capacity, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. 2026). The Court views the Fifth Circuit's opinion as precluding Petitioner Nery Rodolfo Carranza-Arana's claims based on the application of 8 U.S.C. §§ 1225 and 1226.[1]

It is **ORDERED** that, by no later than **May 15, 2026,** Carranza-Arana shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his § 2241 Petition.

If Carranza-Arana does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court can, and likely will, deny the § 2241 Petition and dismiss this case.

**SIGNED** on this **1st** day of **May, 2026**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge

---

[1] In his § 2241 Petition, Carranza-Arana "challenges Respondents' statutory authority to detain him." Dkt. No. 1 at 5. However, the Court notes that Carranza-Arana does not state under which statute he is currently being detained.