United States District Court
Southern District of Texas

**ENTERED**

August 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NERY RODOLFO CARRANZA-ARANA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00441 |
| | § | |
| MARKWAYNE MULLIN, *et. al.*, *in their* | § | |
| *official capacities,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "28 U.S.C. Section 2241 Habeas Corpus Petition" (Dkt. No. 1) ("Petition"), "Petitioner's Brief Regarding Habeas Relief After *Buenrostro*" (Dkt. No. 7), and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 8) ("R&R"). The R&R recommends that the Court (1) deny the Petition (Dkt. No. 1) and (2) direct the Clerk of Court to close this case. Dkt. No. 8 at 1.

Objections to the R&R were due August 6, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 8) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the Clerk of Court is hereby **DIRECTED** to close this case.

SIGNED this August 7, 2026

Rolando Olvera
United States District Judge

1 / 1